# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS | § | NO. SA:13-CR-00316-OLG(6) |
| | § | |
| STEVEN RUIZ | § | |

## MOTION TO WITHDRAW AS ATTORNEY OF RECORD

COMES NOW ALAN BROWN, Attorney, and in accordance with the Code of Professional Responsibility of the State Bar of Texas, moves that he be permitted to withdraw as attorney of record for STEVEN RUIZ in the above-entitled and numbered cause and in support thereof would show unto the Court as follows:

I.

The Honorable ALAN BROWN has been established as Counsel in the above-entitled and numbered cause.

II.

The undersigned was hired for proceedings by trial or plea only.

III.

That ALAN BROWN has fulfilled his obligation insofar as his representation through plea and final disposition. The undersigned is not retained to handle any possible appeal.

WHEREFORE, premises considered, in light of the aforementioned factor, the undersigned respectfully requests permission to withdraw as attorney of record in this cause.

Respectfully submitted,

LAW OFFICES OF ALAN BROWN
222 MAIN PLAZA
SAN ANTONIO, TEXAS 78205
(210) 227-5103 (O)
(210) 225-2481 (FAX)
state@lawofficesofalanbrown.com

_____/S/_____
ALAN BROWN
STATE BAR NO. 03090000

ATTORNEY FOR THE DEFENDANT

**CERTIFICATE OF SERVICE**

I hereby certify that on the 26th day of June 2019, I electronically filed the foregoing with the Clerk of Court using the CE/ECF system which will send notification of such filing to the following:

U.S. Attorney's Office
601 NW Loop 410, Suite 600
San Antonio, Texas 78216

_____/S/_____.
ALAN BROWN

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **VS** | § | **NO. SA:13-CR-00316-OLG(6)** |
| | § | |
| **STEVEN RUIZ** | § | |

# ORDER

On this day came on for consideration the Motion to Withdraw as Attorney of Record. After consideration of same, this court is of the opinion that said motion be

GRANTED or DENIED.

IT IS HEREBY ORDERED THAT: _____

_____

_____

SIGNED and ENTERED on this the \_\_\_\_ day of _____, 2019.

_____
US DISTRICT JUDGE