# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br>*Plaintiff*<br><br>vs.<br><br>(6) STEVEN RUIZ<br>*Defendant* | §<br>§<br>§<br>§   Case Number:  SA:13-CR-00316(6)-OLG<br>§<br>§ |

## ORDER SETTING MOTION HEARING

IT IS HEREBY ORDERED that the above entitled and numbered case is set for **02:00 PM, in Courtroom A**, **on the 4th Floor in the John H. Wood, Jr. United States Courthouse, 655 East Cesar E. Chavez Boulevard, San Antonio, TX** on **Monday, July 01, 2019.**

IT IS FURTHER ORDERED that the Clerk of Court shall send a copy of this order to the defendant, counsel for defendant, the United States Attorney, U.S. Pretrial Services, and the United States Probation Office.  Further, counsel for the defendant shall notify the defendant of this setting.  If the defendant is on bond, he/she shall be present.

IT IS SO ORDERED this **27th day of June, 2019.**

_____
**RICHARD B. FARRER**
**UNITED STATES MAGISTRATE JUDGE**

HEARING ON DFT'S MOTION TO WITHDRAW COUNSEL-DKT. 618